UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD PACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24 CV 1658 CDP |
| ) | |
| CITY OF SAINT ANN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For good cause shown owing to the confusion created by plaintiff filing then withdrawing an amended complaint against the City of St. Ann,[1]

**IT IS HEREBY ORDERED** that the motion to set aside default [21] is granted, and the Clerk's Entry of Default dated March 18, 2025 [19], is vacated.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file a motion to dismiss [22] is granted, and plaintiff shall file an opposition to defendant City of St. Ann's motion to dismiss by no later than **April 4, 2025. Any reply brief by defendant City of St. Ann may be filed in accordance with the time limitations set out in the Court's local rules.**

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2025.

---

[1] Plaintiff later filed the amended complaint in another case (4:24CV1120 JAR) that he has pending against the City of St. Ann. Plaintiff inadvertently filed the amended complaint in this case on the same day that service was achieved in this case on the City of St. Ann. For this reason, the City of St. Ann was unaware that plaintiff had filed this second lawsuit against it until receipt of the Clerk's Entry of Default on March 20, 2025.